DONGELL LAWRENCE FINNEY LLP
Hillary Arrow Booth (SBN 125936)
(hbooth@dlflawyers.com)
Ian P. Culver (SBN 245106)
(iculver@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

NO JS-6

Attorneys for Defendant FFE TRANSPORTATION SERVICES, INC. and Defendant and Cross-Claimant FFE LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR EXPRESS INTERNATIONAL USA, INC. dba DHL GLOBAL FORWARDING,<br><br>            Plaintiff,<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC.; FFE LOGISTICS, INC.; ROBIN'S TRADING 2 LTD.,<br><br>            Defendant.<br><br>AND RELATED ACTIONS. | Case No. CV 08-06112 R (JTLx)<br><br>Hon. Manuel L. Real<br><br>**JUDGMENT IN FAVOR OF FFE TRANSPORTATION SERVICES, INC.**<br><br><br><br><br><br>Complaint Filed:   9/17/2008<br>Trial Date:           8/18/2009 |

      The Motion for Summary Judgment of Defendant FFE TRANSPORTATION SERVICES, INC. ("FFE Transportation") on the Complaint of Plaintiff AIR EXPRESS INTERNATIONAL USA, INC. dba DHL GLOBAL FORWARDING ("Plaintiff") came on for hearing before this Court on June 1, 2009, Hon. Manuel L. Real, District Judge presiding.

      Having considered the evidence and the written and oral submissions of the parties, it was held that the facts proposed by FFE Transportation were

1

**[PROPOSED] JUDGMENT IN FAVOR OF FFE TRANSPORTATION SERVICES, INC.**

1  uncontroverted and supported by evidence, and FFE Transportation was therefore
2  entitled to judgment as a matter of law.  (Docs. 96, 97).  The Order Granting
3  Motion for Summary Judgment was entered on June 2, 2009.
4
5        **IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing by
6  its Complaint against FFE Transportation, that the action against FFE
7  Transportation be dismissed on the merits, and that FFE Transportation recover its
8  costs.
9
10 DATED:  ___June 8, 2009__         _____
11                                             United States District Judge

1668-003/43105

2

**[PROPOSED] JUDGMENT IN FAVOR OF FFE TRANSPORTATION SERVICES, INC.**