| | |
|---|---|
| DONGELL LAWRENCE FINNEY LLP<br>Hillary Arrow Booth (SBN 125936)<br>(hbooth@dlflawyers.com)<br>Ian P. Culver (SBN 245106)<br>(iculver@dlflawyers.com)<br>707 Wilshire Boulevard, 45th Floor<br>Los Angeles, CA  90017-3609<br>Telephone:  (213) 943-6100<br>Facsimile:   (213) 943-6101 | NO JS-6 |

Attorneys for Defendant FFE TRANSPORTATION SERVICES, INC. and Defendant and Cross-Claimant FFE LOGISTICS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR EXPRESS INTERNATIONAL USA, INC. dba DHL GLOBAL FORWARDING,<br><br>             Plaintiff,<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC.; FFE LOGISTICS, INC.; ROBIN'S TRADING 2 LTD.,<br><br>             Defendant.<br><br>AND RELATED ACTIONS. | Case No. CV 08-06112 R (JTLx)<br><br>Hon. Manuel L. Real<br><br>**JUDGMENT IN FAVOR OF FFE LOGISTICS, INC.**<br><br><br><br><br><br><br><br>Complaint Filed:   9/17/2008<br>Trial Date:          8/18/2009 |

The Motion for Summary Judgment of Defendant and Cross-Claimant FFE LOGISTICS, INC. ("FFE Logistics") on the Complaint of Plaintiff AIR EXPRESS INTERNATIONAL USA, INC. dba DHL GLOBAL FORWARDING ("Plaintiff") came on for hearing before this Court on June 1, 2009, Hon. Manuel L. Real, District Judge presiding.

Having considered the evidence and the written and oral submissions of the parties, it was held that the facts proposed by FFE Logistics were

1

**[PROPOSED] JUDGMENT IN FAVOR OF FFE LOGISTICS, INC.**

1  uncontroverted and supported by evidence, and FFE Logistics was therefore
2  entitled to judgment as a matter of law.  (Docs. 96, 97).  The Order Granting
3  Motion for Summary Judgment was entered on June 2, 2009.
4
5  **IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing by
6  its Complaint against FFE Logistics, that the action against FFE Logistics be
7  dismissed on the merits, and that FFE Logistics recover its costs.
8
9
10  DATED:  __June 8, 2009___          _____
11                                                            United States District Judge

2

**[PROPOSED] JUDGMENT IN FAVOR OF FFE LOGISTICS, INC.**

1668-003/43103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT IN FAVOR OF FFE LOGISTICS, INC.**