FRANK X. DIPOLITO (137157)
JOHN G. NURSALL (134392)
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 400
Long Beach, California  90802-5052
Telephone:  (562) 983-7833
Facsimile:  (562) 983-7835

Attorneys for Cross-Defendant and Third-Party Defendant,
AMERICAN SPIRIT LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR EXPRESS INTERNATIONAL USA, INC., dba DHL GLOBAL FORWARDING, <br><br>           Plaintiff, <br><br>     vs. <br><br> FFE TRANSPORTATION SERVICES, INC.; FFE LOGISTICS, INC.; ROBIN'S TRADING 2 LTD., <br><br>           Defendants. <br> ──────────────────────── <br> AND RELATED CLAIMS. <br> ──────────────────────── | Case No. CV 08-06112 R(JTLx) <br><br> Honorable Manuel L. Real <br><br> JUDGMENT <br><br> DATE: July 27, 2009 <br> TIME: 10:00 a.m. <br> CTRM: 8 |

     Third-Party Defendant AMERICAN SPIRIT LLC's Motion for Summary Judgment on ROBIN'S TRADING 2 LTD.'s Third-Party Complaint came on for hearing before this Court on July 27, 2009, Honorable Manuel L. Real presiding.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered:

///

///

1    IT IS HEREBY ORDERED AND ADJUDGED that Third-Party Plaintiff
2 ROBIN'S TRADING 2 LTD. take nothing by its Third-Party Complaint,
3 that said Third-Party Complaint be dismissed on the merits, and
4 that Third-Party Defendant AMERICAN SPIRIT LLC recover its costs.

7 DATED: July 30, 2009            _____
                                   MANUEL L. REAL
8                                  UNITED STATES DISTRICT JUDGE

10 Submitted on the 28th day of
   July 2009, by:
11
   SWAIN & DIPOLITO LLP
12

   _____
14 Frank X. Dipolito, Esq.