Cyndie M. Chang, SBN 227542
**DUANE MORRIS LLP**
633 West Fifth Street, Suite 4600
Los Angeles, CA 90071
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail: cmchang@duanemorris.com

Attorneys for Plaintiff
Air Express International USA, Inc. dba DHL Global Forwarding

J S - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR EXPRESS INTERNATIONAL USA, INC. dba DHL GLOBAL FORWARDING, <br><br>Plaintiff, <br><br>v. <br><br>FFE TRANSPORTATION SERVICES, INC.; FFE Logistics, Inc.; ROBIN'S TRADING 2 LTD., <br><br>Defendants. <br><br>AND RELATED CROSS-ACTIONS. | Case No.: CV08-06112 R (JTLx) <br><br>Hon. Manuel L. Real <br><br>**JUDGMENT** <br><br>Date:       September 8, 2009 <br>Time:       10:00 a.m. <br>Courtroom:  8 <br><br>Complaint filed: 9/17/2008 <br>Trial Date:      August 18, 2009 |

Plaintiff Air Express International USA, Inc. dba DHL Global Forwarding's Motion For Default Judgment against Defendant Robin's Trading 2 Ltd. came on for hearing before this Court on September 8, 2009, the Honorable Manuel L. Real presiding. The Court having fully considered the papers and evidence filed in support thereof, the issues having been duly heard, and a decision having been duly rendered granting Plaintiff Air Express International USA, Inc. dba DHL Global Forwarding's Motion for Default Judgment against Defendant Robin's Trading 2 Ltd.:

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against Defendant Robin's Trading 2 Ltd. in favor of Plaintiff Air Express International USA, Inc. dba DHL Global Forwarding in the amount of $80,421.20, inclusive of the amount of the lost shipment and filing fee costs, plus any post-judgment interest thereon.

Dated: September 22, 2009
_____                _____
                                          Manuel Real, United States District Judge

Submitted by:

Cyndie M. Chang, State Bar No. 227542
cmchang@duanemorris.com
DUANE MORRIS LLP
633 West 5th Street, Suite 4600
Los Angeles, California  90071-2065
Telephone:   (213) 689-7400
Facsimile:    (213) 689-7401